**Order filed July 1, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00175-CR
_____

**JACOBE DANTE PAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 17-DCR-077001A**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the originals of **State's Exhibits 108 and 109, videos.**

The clerk of the 400th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits 108 and 109, videos, on or before **July 15, 2021.** The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals of State's Exhibits 108 and 109, videos, to the clerk of the 400th District Court.

PER CURIAM

Panel Consists of Justices Wise, Bourliot, and Zimmerer.